UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
PEDRO LIZ, *on behalf of himself and all* :
*others similarly situated*, :
:
                              Plaintiff, :          24-CV-1760 (VSB)
:
              -against- :             **ORDER**
:
INNOVATIVE MARKETING AND :
DISTRIBUTION, INC., :
:
                           Defendant. :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On May 17, 2024, I entered a Case Management Plan and Scheduling Order directing the parties to submit a joint post-discovery letter by September 16, 2024. (Doc. 22.) To date, the parties have not done so. Accordingly, the parties are hereby

        ORDERED to file the above-referenced joint letter by no later than September 25, 2024. If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

        IT IS FURTHER ORDERED that the post-discovery conference scheduled for September 25, 2024 is hereby adjourned sine die.

SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                                                 Vernon S. Broderick
                                                                 United States District Judge