UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO LIZ, *on behalf of himself and all others similarly situated*,

                                Plaintiff,

                    -against-

INNOVATIVE MARKETING AND DISTRIBUTION, INC.,

                              Defendant.
-----------------------------------------------------------X

24-CV-1760 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  September 23, 2024
         New York, New York

                                                                _____
                                                                Vernon S. Broderick
                                                                United States District Judge